Joseph H. Harrington
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 11 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUDEL RADILLO-CONTRERAS,<br><br>Defendant. | 1:18-CR-2072-SAB<br><br>INDICTMENT<br><br>8 U.S.C. § 1326<br><br>Alien in United States After Deportation |

The Grand Jury charges:

On or about October 11, 2018, the Defendant, AUDEL RADILLO-CONTRERAS, a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported and removed from the United States on or about May 23, 2009, at San Ysidro, California, was found in the Eastern District of Washington, and he did not then have the express consent of the Attorney General or the Attorney General's successor, the Secretary of the Department of Homeland

INDICTMENT    1

Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

DATED: December 11, 2018

A TRUE BILL

███████████████

Foreperson

Joseph H. Harrington
United States Attorney

*(signature)*

Thomas J. Hanlon
Supervisory Assistant United States Attorney

*(signature)*

Richard C. Burson
Assistant United States Attorney

INDICTMENT    2